UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SHANE BOWMAN, et al., individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:13 CV 2519 CDP |
| THE DOE RUN RESOURCES CORP., et al., | ) ) ) ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

On December 3, 2014, I stayed this case and referred it to mediation. I have now been informed by the mediator that the case did not settle. Despite the stay, I permitted the parties to engage in limited discovery to facilitate mediation. Given the age and procedural posture of this case, I would like the parties to file a joint status memorandum setting out the remaining claims and parties (specifying which plaintiffs' claims are being arbitrated and the status of those arbitrations), the status of discovery, including any additional discovery that still needs to be conducted, and a proposed schedule for the remainder of the case. The parties must provide jointly proposed deadlines for any remaining discovery and dispositive motion deadlines, as well as deadlines for any anticipated hearings and a proposed trial date. Once the Court reviews the joint status memorandum, it will set a status conference or send out a schedule for the remainder of the case. As always, the Court encourages the parties to continue settlement discussions.

Accordingly,

**IT IS HEREBY ORDERED** that the parties must file a joint status memorandum in compliance with this Memorandum and Order by no later than **June 15, 2015**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of June, 2015.