**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**FOR THE EASTERN DIVISION**

| | |
|---|---|
| **SHANE BOWMAN and JAROD AUBUCHAN, individually and on behalf of themselves and all others similarly situated,** | ) |
| **Plaintiffs,** | ) |
| **v.** | ) **Case No. 4:13-CV-02519-CDP** |
| **THE DOE RUN RESOURCES CORPORATION, d/b/a THE DOE RUN COMPANY, and ALL TYPE CONTRACTING, LLC,** | ) |
| **Defendants.** | ) |

## JOINT MOTION TO EXTEND CERTAIN DEADLINES

COME NOW, the Parties, by and through undersigned counsel, and respectfully request that the Court allow an extension of certain deadlines as set out herein below. In support of this Motion, the Parties state as follows:

1. The Parties have agreed to engage in mediation again. The Parties are attempting to resolve all claims in the federal case, as well as claims for the approximately 60 individuals, who have been compelled to arbitration. Mediation is scheduled for Sunday, November 15 and Monday, November 16, 2015. These dates were the first consecutive dates available for the Mediator and the Parties.

2. Since the last attempt at mediation, the Parties have engaged in and completed two lengthy arbitrations, including extensive discovery and post-trial briefs of both factual and legal issues.

3. Based on the work that has been done in the arbitrations and the federal case, the Parties believe that they are now in a better position to resolve this matter than they were

previously. The Parties seek to mediate in order to resolve the claims and to reduce the amount of fees and expenses the Parties will continue to incur in litigating this matter.

4. In an effort to focus solely on mediation and to limit fees and expenses, the Parties have agreed to stay the pending arbitrations and would request that this Court extend deadlines related to class certification and related discovery. The Parties request that the deadlines be moved until after mediation and would request that the Court extend these deadlines as follows:

- November 30, 2015 - Plaintiffs to identify class representatives.
- December 21, 2015 - Motion for class certification due.
- January 29, 2016 - Defendant's opposition to motion for class certification.
- February 12, 2016 - Plaintiffs' reply in support of class certification.

6. The Parties believe these extensions will assist in being able to mediate this case.

WHEREFORE, the Parties respectfully request that deadlines expressed herein be extended.

Dated: September 25, 2015

*/s/Rocco Calamusa, Jr.*
Rocco Calamusa, Jr. (admitted pro hac vice)
rcalamusa@wigginschilds.com
Robert J. Camp
rcamp@wigginschilds.com
Kevin W. Jent (admitted pro hac vice)
kjent@wigginschilds.com
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
205-314-0500
Fax No: 205-254-1500

John J. Givens
johngivens@chochranfirm.com

*/s/Elizabeth T. Gross*
Jon A. Bierman MO (#49214)
jbierman@polsinelli.com
Elizabeth T. Gross MO (#56494)
egross@polsinelli.com
Lilian H. Davis MO (#62847)
ldavis@polsinelli.com
Polsinelli PC
100 S. Fourth Street, Suite 1000
St. Louis, MO 63102
314.889.8000
Fax No: 314.231.1776

Eric E. Packel MO (#44632)
epackel@polsinelli.com
Polsinelli PC

The Cochran Firm—Birmingham, LLC
1929 Third Avenue North
Birmingham, AL 35203

William Gantt Pierce
gantt.pierce@jacobymeyers.com
Jacoby & Meyers, LLC
111 East Main Street
Dothan, AL 36301

COUNSEL FOR PLAINTIFFS

900 W. 48th Place, Suite 900
Kansas City, MO 64112
816.753.1000
Fax No: 816.753.1536

Nancy E. Rafuse (admitted pro hac vice)
nrafuse@polsinelli.com
Amy M. Palesch (admitted pro hac vice)
apalesch@polsinelli.com
Polsinelli PC
1355 Peachtree Street NE, Suite 500
Atlanta, GA 30309
404.253.6000
Fax No: 404.253.6060

COUNSEL FOR DEFENDANTS
THE DOE RUN RESOURCES
CORPORATION AND
ALL TYPE CONTRACTING, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jon A. Bierman
Elizabeth T. Gross
Lilian H. Davis MO
Polsinelli PC
100 S. Fourth Street, Suite 1000
St. Louis, MO 63102
jbierman@polsinelli.com
egross@polsinelli.com
ldavis@polsinelli.com

Eric E. Packel
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
epackel@polsinelli.com

Nancy E. Rafuse
Amy M. Palesch
Polsinelli PC
1355 Peachtree Street NE, Suite 500
Atlanta, GA 30309
nrafuse@polsinelli.com
apalesch@polsinelli.com

Dennis G. Collins
Molly R. Batsch
Greensfelder, Hemker & Gale P.C.
10 S. Broadway, Suite 2000
St. Louis, MO 63102
dgc@greensfelder.com
mrb@greensfelder.com

William Gantt Pierce
Jacoby & Meyers, LLC
111 East Main Street
Dothan, AL 36301
Gantt.pierce@jacobymeyers.com

John J. Givens
The Cochran Firm – Birmingham, LLC
1929 Third Avenue North
Birmingham, AL 35203
johngivens@cochranfirm.com

/s/______________
Counsel for Plaintiffs