UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHANE BOWMAN, et al., individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 4:13 CV 2519 CDP ) |
| THE DOE RUN RESOURCES CORP., et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

As plaintiffs have not complied with the provisions of the amended case management order [142] requiring them to identify their class representatives by November 30, 2015, and file their motion for class certification by December 21, 2015,

**IT IS HEREBY ORDERED** that all class allegations and claims are struck from the amended complaint.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 29th day of December, 2015.