UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SHANE BOWMAN, et al.,                    )
individually and on behalf of all        )
others similarly situated,               )
                                         )
        Plaintiffs,                      )
                                         )
    vs.                                  )        Case No. 4:13 CV 2519 CDP
                                         )
THE DOE RUN RESOURCES                    )
 CORP., et al.,                          )
                                         )
        Defendants.                      )

## MEMORANDUM AND ORDER

In light of the bankruptcy of defendant All Type Contracting, LLC, and for good

cause shown,

**IT IS HEREBY ORDERED** that the case is stayed as to defendant All Type

Contracting, LLC, and the motion for an extension of time [155] is granted as follows: the

parties are given until **September 6, 2016**, to file a joint memorandum advising the Court

on the effect of defendant All Type's bankruptcy on the settlement of this matter,

including a whether a stay as to all defendants and claims may be required, and to file, if

appropriate, any motions and proposed Orders for the Court's consideration.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of August, 2016.