UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHANE BOWMAN, et al., individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case No. 4:13 CV 2519 CDP<br>) |
| THE DOE RUN RESOURCES CORP., et al., | )<br>)<br>) |
| Defendants. | ) |

## MEMORANDUM AND ORDER TO SHOW CAUSE

The Court having granted the joint motion to approve the settlement agreement between plaintiffs and defendant Doe Run [165],

**IT IS HEREBY ORDERED** that the parties are given until **January 6, 2017**, to file a joint memorandum advising the Court on the status of defendant All Type's bankruptcy and to show cause why this case should not be administratively closed following the dismissal of plaintiffs' claims against defendant Doe Run, together with any motions and proposed Orders for the Court's consideration.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of December, 2016.